IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CENTRAL BANK OF THE MIDWEST         *

      Plaintiff                  *

    vs.                         * CIVIL ACTION NO. MJG-17-3352

SCREEN SERVICES, LLC, et al,        *

      Defendants                 *

\*     \*     \*     \*     \*     \*     \*     \*     \*

<u>MEMORANDUM AND ORDER RE: TRO EXTENSION AND HEARING</u>

    The Court has before it Plaintiff's Emergency Motion to Extend The Time of Temporary Restraining Order for An Additional 10 Days [ECF No. 12] and the materials submitted relating thereto. The Court has held a hearing which Defendants – although notified - chose not to attend.

    Plaintiff's counsel has advised that he has discussed the matters at issue with Defendant McGlone and an attorney representing him (but not entering his appearance in this case). He states that it appears possible that some, perhaps all, of the equipment at issue has been sold and that it seems likely that the parties will be able to reach an agreement resolving the issues presented. However, Plaintiff is requesting that the Temporary Restraining Order [ECF No. 9] be extended so as to protect its rights should there be no settlement.

    Plaintiffs have presented a reasonable ground for the Court to extend the duration of the Temporary Restraining Order [ECF No. 9] and to set a hearing at which Defendants shall appear and provide evidence to identify the location of the Pledged Equipment and the location

1

of any proceeds thereof in any form as well as other matters relevant to the issues presented.

The Court is advised that Defendant McGlone is currently on a cruise but will return by this Sunday, November 26, 2017. The Court finds it reasonable to set a hearing in this matter on Friday, December 1, 2017 and to require the attendance of, and testimony from, Defendant McGlone.

Accordingly:

1. The expiration date of the Temporary Restraining Order granted by the Order Granting Ex Parte a Temporary Restraining Order [ECF No. 9] is extended from November 24, 2017 to December 4, 2017.

2. Defendants John McGlone and Screen Services, LLC shall appear for a hearing commencing at 11:00 A.M. on Friday, December 1, 2017, in Courtroom 5C of the United States District Courthouse, 101 W. Lombard Street, Baltimore MD 21201.

3. Defendants must appear at the hearing and provide evidence, including testimony, regarding the matters at issue herein and, should they not appear as ordered, appropriate action may be taken, including consideration of possible sanctions.

4. Defendant Screen Services, LLC must be represented at the hearing by an attorney admitted to the Bar of the Court; Defendant McGlone may be represented by counsel or may proceed pro se.

5. Plaintiffs shall promptly provide Defendants with a copy of this Order and a copy of the transcript of the proceedings held this date.

SO ORDERED, this Wednesday, November 22, 2017.

/s/
Marvin J. Garbis
United States District Judge